■ Darnell Backus, Appellant, v Kaleida Health, Doing Business as Buffalo General Hospital, et al., Defendants, and Boonchuay Anunta, M.D., Respondent. [939 NYS2d 911]— Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered November 12, 2010 in a medical malpractice action. The order granted the motion of defendant Boon-

chuay Anunta, M.D. for a directed verdict and dismissed the complaint against defendant Boonchuay Anunta, M.D.

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on February 15, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.